1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CYNTHIA M. FREY  (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR 10-0377 JSW
14                                     )
          Plaintiff,                   )
15                                     )   STIPULATION AND [PROPOSED]
       v.                              )   ORDER EXCLUDING TIME BETWEEN
16                                     )   MAY 10, 2010 AND JULY 1, 2010 FROM
   JEREOMY RAMOND RILEY,               )   CALCULATIONS UNDER THE SPEEDY
17                                     )   TRIAL ACT (18 U.S.C. § 3161)
          Defendant.                   )
18 _____    )

19       The defendant, Jereomy Ramond Riley, represented by Camellia Baray, and the
20 government, represented by Cynthia M. Frey, Assistant United States Attorney, appeared before
21 the Court on May 10, 2010 for an arraignment on the indictment and to set the matter for a status
22 conference before the Hon. Jeffrey S. White.  The status conference was set for June 17, 2010.
23 Due to scheduling conflicts, the parties stipulated, and the district court ordered that the initial
24 appearance be scheduled for July 1, 2010.
25       At the hearing, the parties agreed that time be excluded under the Speedy Trial Act
26 between May 10, 2010 and June 17, 2010 for purposes of continuity of and effective preparation
27 of counsel, in order to provide defense counsel with adequate time to review the discovery and
28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0377 JSW

1 | consult with the defendant. The parties also now stipulate to exclude time under the Speedy
2 | Trial Act between June 17, 2010 and July 1, 2010 for purposes of continuity of and effective
3 | preparation of counsel, in order to provide defense counsel with adequate time to review the
4 | discovery and consult with the defendant.
5 |     In addition, the defendant agrees to exclude for this period of time any time limits
6 | applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order
7 | to provide defense counsel with adequate time to review the discovery and consult with the
8 | defendant, is necessary for continuity of defense counsel and effective preparation, taking into
9 | account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that
10 | the ends of justice served by granting such a continuance outweighed the best interests of the
11 | public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                      JOSEPH P. RUSSONIELLO
                      United States Attorney

DATED: June 11, 2010           /s/
                      CYNTHIA M. FREY
                      Assistant United States Attorney


DATED: June 11, 2010           /s/
                      CAMELLIA BARAY
                      Attorney for JEREOMY RAMOND RILEY

1  Based upon the representation of counsel and for good cause shown, the Court finds that
2  failing to exclude the time between May 10, 2010 and July 1, 2010 would unreasonably deny the
3  defendant continuity of counsel and would deny counsel the reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
5  § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
6  between May 10, 2010 and July 1, 2010 from computation under the Speedy Trial Act outweigh
7  the best interests of the public and the defendant in a speedy trial.
8  Therefore, IT IS HEREBY ORDERED that the time between May 10, 2010 and July 1,
9  2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
10 § 3161(h)(7)(A) and (B)(iv).

12 DATED: _June 14, 2010_____          _____
13                                          JOSEPH C. SPERO
                                            United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0377 JSW                           -3-